UNITED STATES of America, Plaintiff–Appellee,

v.

Francisco Rojas MARTINEZ, also known as Francisco Martinez–Lopez, Defendant–Appellant.

No. 05–50549
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 17, 2007.

Mark Randolph Stelmach, Assistant U.S. Attorney, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Francisco Rojas–Martinez pleaded guilty to illegal reentry after deportation in violation of 8 U.S.C. § 1326 and was sentenced to 50 months of imprisonment

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and three years of supervised release. Rojas–Martinez argues that the district court abused its discretion by refusing to extend the time for filing his notice of appeal. Having been given no reason at all for the delay, the district court did not abuse its discretion in denying Rojas–Martinez's motion. *United States v. Clark,* 51 F.3d 42, 43 n. 5 (5th Cir.1995). The district court's denial of his motion for extension of time to appeal is AFFIRMED. *See United States v. Leijano–Cruz,* 473 F.3d 571, 573 (5th Cir.2006).

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.